449 F.2d 348
 Thomas B. MONROE, Jr., Plaintiff-Appellant,
v.
PENN-DIXIE CEMENT CORPORATION, Defendant-Appellee.
 No. 71-2355 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 October 26, 1971.
 Rehearing Denied November 15, 1971.
 
 Appeal from the United States District Court for the Northern District of Georgia; Sidney O. Smith, Jr., Chief Judge.
 Edgar A. Neely, Jr., Neely, Freeman & Hawkins, Atlanta, Ga., for plaintiff-appellant.
 J. Corbett Peek, Jr., Atlanta, Ga., J. Wallace Adair, John S. Kingdon, Washington, D. C., for defendant-appellee; Howrey, Simon, Baker & Murchison, Washington, D. C., Peek, Whaley & Haldi, Atlanta, Ga., of counsel.
 Before THORNBERRY, MORGAN and CLARK, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 Notes:
 
 
 *
 Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of N. Y. et al., 431 F.2d 409, Part I (5th Cir. 1970)
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970)